

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

July 22, 1949.

Hon. John A. Menefee
County Attorney
Upton County
Rankin, Texas

Opinion No. V-859.

Re: The present maximum com-
pensation of the County
Auditor of Upton County.

Dear Sir:

Reference is made to your recent request which
reads in part as follows:

"At the request of the District Judge of
the 83rd District Court, I am requesting an
opinion concerning the maximum salary that the
County Auditor of Upton County, Texas, may be
paid. Upton County has a population of less
than 20,000 and a taxable valuation of more
than fifteen million."

Article 1646, V.C.S., provides in part as fol-
lows:

"When the Commissioners' Court of a Coun-
ty not mentioned and enumerated in the preced-
ing Article shall determine that an Auditor is
a public necessity in the dispatch of the
county business, and shall enter an order upon
the minutes of said Court fully setting out
the reason for and necessity of an Auditor,
and shall cause such order to be certified to
the District Judge or District Judges having
jurisdiction in the county, said Judge or
Judges shall, if said reason be considered
good and sufficient, appoint a County Auditor
as provided in the preceding Article, who
shall qualify and perform all the duties re-
quired of County Auditors by the laws of this
State, and who shall receive as compensation
for his services as County Auditor an annual
salary of not more than the annual total com-
pensation and/or salary allowed or paid the As-
sessor and Collector of Taxes in his county,
. . ."

Under the provisions of 1646 supra, the County
Auditor was entitled in 1948 to an annual salary of not
more than the annual total compensation allowed or paid
the Assessor-Collector of Taxes. Under the provisions
of 3912e-12, V.C.S., the Assessor-Collector in Upton
County could have been paid the sum of $5400.00 per an-
num. And according to the facts presented he was allowed
the maximum salary. Therefore, in 1948 the maximum sala-
ry allowed the County Auditor under the law was $5400.

Section 1 of Senate Bill 92, Acts of the 51st
Legislature, provides as follows:

"Section 1. The Commissioners Court in
each county of this State is hereby author-
ized, when in their judgment the financial
condition of the county and the needs of the
officer justify the increase, to enter an or-
der increasing the compensation of the pre-
cinct, county and district officers, or ei-
ther of them, in an additional amount not to
exceed twenty-five (25%) per cent of the sum
allowed under the law for the fiscal year of
1948, whether paid on fee or salary basis;
provided, however, the members of the Commis-
sioners Court may not raise the salaries of
any of such Commissioners Court under the
terms of this Act without raising the salary
of the remaining county officials in like pro-
portion."

Under the plain provisions of Senate Bill 92,
the Commissioners' Court is authorized to grant an in-
crease of $1350 (25% of $5400) to the county officers.
In the case of American Indemnity Co. v. Red River Nat.
Bank, 132 S.W.2d 473 (Tex. Civ. App. 1939, writ dis-
missed), it was held that the County Auditor "by the
statute is made an officer of the County." Therefore,
if the County Auditor was receiving $5400 prior to the
effective date of Senate Bill 92, the maximum salary
which he may now receive is $6,750 per annum. We call
your attention to Section 4 of Senate Bill 92 which must
be complied with before any increase may be granted.
Furthermore, the provisions of Article 689a-11, V.C.S.,
must be followed. Any increase in compensation for the
year 1949 must be in the same proportion as the balance
of the year relates to the total annual increase that
may be made under Senate Bill 92. (A. G. Opinion No.
V-231).

## SUMMARY

The maximum salary which may be paid the County Auditor of Upton County is $6750 per annum. Article 1646, V.C.S.; Senate Bill 92, Acts of the 51st Legislature, 1949.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By *Bruce Allen*
Bruce Allen
Assistant

BA:et:bh

APPROVED

*Joe R. Greenhill*

FIRST ASSISTANT
ATTORNEY GENERAL